UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | | |
|---|---|---|
| JAMES EDWARD GEORGE, JR., | ) | |
| | ) | Civil Action No. |
| Plaintiff, | ) | 5:17-cv-00013-JMH-HAI |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| JOHN RECTOR, *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*   \*\*   \*\*   \*\*   \*\*

In light of the Court's Memorandum Opinion and Order of even date herewith, **IT IS ORDERED**:

(1) That judgment is entered in favor of Defendants;

(2) That all claims against Defendants are **DISMISSED WITH PREJUDICE;**

(3) that this action shall count as a "strike" for the purposes of 28 U.S.C. § 1915(g);

(4) That all pending deadlines and scheduled proceedings are **CONTINUED GENERALLY;**

(5) That any remaining requests for relief are **DENIED AS MOOT;**

(6) that this Order is a **FINAL AND APPEABLE ORDER** and **THERE IS NO JUST CAUSE FOR DELAY;**

(7) and that the Clerk shall **STRIKE THIS MATTER FROM THE ACTIVE DOCKET.**

This is the 9th day of April, 2018.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge